| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Miami FL 33131 | | | | | | | |
| 12 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba CARECREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $2,672.46 | $0.00 | $2,672.46 | $41.91 | $662.81 |
| 13 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWE"S PLATINUM VISA<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $5,226.23 | $0.00 | $5,226.23 | $81.96 | $580.85 |
| 14 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 300 | $6,196.20 | $0.00 | $6,196.20 | $97.17 | $483.68 |
| 15 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 300 | $153.19 | $0.00 | $153.19 | $2.40 | $481.28 |
| 16 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 300 | $5,864.01 | $0.00 | $5,864.01 | $91.96 | $389.32 |
| 17 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | 300 | $15,317.10 | $0.00 | $15,317.10 | $240.20 | $149.12 |
| 18 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | 300 | $9,508.20 | $0.00 | $9,508.20 | $149.12 | $0.00 |
| Subtotals For Class Unsecured | 1.57% | | | $72,746.72 | $0.00 | $72,746.72 | $1,140.82 | |
| 2 | Huntington National Bank<br>P.O. Box 89424<br>Cleveland, OH 44101-8539 | Secured | 400 | $5,414.82 | $0.00 | $5,414.82 | $0.00 | $0.00 |
| Subtotals For Class Secured | 0.00% | | | $5,414.82 | $0.00 | $5,414.82 | $0.00 | |
| | Totals | | | $78,541.81 | $0.00 | $78,541.81 | $1,521.09 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

*Handwritten note:* ck #1018 / receipt # 81895

*Filed stamp:* FILED 2010 NOV -1 PM 2:00 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON